RE:    Fee Schedule for Barry F. Jeffries, MD


Enclosed is my current fee schedule.   The fees are for the review of the study listed and do not vary with the area evaluated.   Each separate study is considered as a separate study except as listed.   Myelogram Cts are billed depending on the levels evaluated, i.e., cervical and lumbar would be two studies. Finally, if in your explanatory letter enclosed with each request, you indicate the area of interest, then I ignore and do not charge for any studies which do not contribute to that evaluation.

| | |
|---|---|
| Series of X-rays(c-spine, l-spine, skull, etc) | $50.00 |
| CT scan | 200.00 |
| MR scan | 250.00 |
| CT-Myelogram | 300.00 |
| MR-Angio | 250.00 |
| Nuclear Medicine | 100.00 |
| Ultrasound | 100.00 |
| Review of medical records, deposition, etc. | 450.00/hr |
| Please note that depositions take a lot longer to review than medical records | |
| Depositions | 450.00/hr |
| Live trial testimony and waiting time for same on a day off | 500.00/hr |
| Live trial testimony when subpoenaed unexpectedly | 1,000.00/hr |
| (as I am not working full time, this fee would be unlikely unless subpoenaed from a vacation) | |
| Expenses | Variable based on situation |
| Clerical-time to fill out forms, lengthy reports | 450.00/hr |
| Travel time | 450.00/hr if on my time |

Please let me know if you have any questions.

Sincerely,


Barry F. Jeffries, MD


**EXHIBIT D**